RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Sergio Pelayo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PELAYO,<br><br>Defendant. | Case No. 2:17-cr-023-KJD-CWH<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Sergio Pelayo, that the Evidentiary Hearing currently scheduled on April 7, 2017, be vacated and continued to April 17, 2017 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs the additional time to finalize the briefing on the motion and prepare for the hearing.

2. The defendant is not custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 3rd day of April, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO PELAYO,<br><br>　　　　Defendant. | Case No. 2:17-cr-00023-KJD-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Friday, April 7, 2017 at 9:00 a.m., be vacated and continued to April 17, 2017 at 9:00 a.m.; or to a time and date convenient to the Court.

　　DATED this 4th of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE