# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO PELAYO,<br><br>    Defendant. | Case No. 2:17-cr-00023-KJD-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Objections to the Magistrate Judge's Report and Recommendation (ECF No. 29) currently due Tuesday, June 27, 2017, be vacated and continued to July 28, 2017.

DATED this 21st of June, 2017.

_____
UNITED STATES DISTRICT JUDGE