# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00023-KJD-CWH |
| Plaintiff, | |
| v. | |
| SERGIO PELAYO, | **ORDER** |
| Defendant. | |

Presently before the court is Defendant Sergio Pelayo's Motion to Reconsider (ECF No. 34), filed on July 20, 2017. Defendant requests that the court reconsider its report and recommendation (ECF No. 29) that is pending before the United States district judge assigned to this case. The court has read and considered Defendant's arguments and finds that there is no basis to reconsider its report and recommendation.

IT IS THEREFORE ORDERED that Defendant Sergio Pelayo's Motion to Reconsider (ECF No. 34) is DENIED.

DATED: July 25, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1