# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SERGIO PELAYO,

    Defendant.

Case No. 2:17-cr-00023-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#29) of Magistrate Judge C. W. Hoffman, Jr., entered June 13, 2017, recommending that Defendant's Motion to Suppress Evidence (#15) be granted in part and denied in part. Defendant timely filed objections to the Magistrate Judge's Report and Recommendation (#37) pursuant to Local Rule IB 3-2. The Government filed a response (#39).

    The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines the Report and Recommendation (#29) of the United States Magistrate Judge entered June 13, 2017, should be **ADOPTED** and **AFFIRMED.**

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#29) entered June 13, 2017, is **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress Evidence (#15) is **GRANTED in part** and **DENIED in part**.

    DATED this 17th day of January, 2018.

Kent J. Dawson
United States District Judge